United States Court of Appeals
Fifth Circuit

# UNITED STATES COURT OF APPEALS

**FILED**
March 18, 2013

## FOR THE FIFTH CIRCUIT

Lyle W. Cayce
Clerk

---

No. 12-10360

---

D.C. Docket No. 3:10-CV-173

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

    Plaintiff - Appellee

COWBOY ATHLETICS INCORPORATED; T. BOONE PICKENS,

    Defendants-Third Party Plaintiffs - Appellants

v.

MANAGEMENT COMPENSATION GROUP LEE INCORPORATED; JOHN RIDINGS LEE; JOHN RIDINGS LEE COMPANY INCORPORATED; JAMES GLENN TURNER, JR.; LARRY KEITH ANDERS; SUMMIT ALLIANCE FINANCIAL, L.L.P.,

    Third Party Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before STEWART, Chief Judge, and SMITH and WIENER, Circuit Judges.

## JUDGMENT

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

    IT IS FURTHER ORDERED that defendants-third party plaintiffs-appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: 09 APR 2013

A True Copy    09 APR 2013
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit
By: /s/ Nantrell Johnson
            Deputy

New Orleans, Louisiana